**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 13 2017

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

### Fill in this information to identify your case:

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Royce<br>First name<br>D<br>Middle name<br>Young<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | N/A<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | N/A<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>N/A<br>First name<br>_____<br>Middle name<br>_____<br>Last name | First name<br>_____<br>Middle name<br>_____<br>Last name<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 3 0 4<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1

Debtor 1  __Royce D Young__
         First Name  Middle Name  Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | __2019 W 111th St__<br>Number   Street<br><br>__APT 2W__<br><br>__Chicago__   __IL__  __60643__<br>City        State  ZIP Code<br><br>__Cook__<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>__Same__<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City        State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City        State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City        State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ |

Debtor 1   Royce D Young                                   Case number (if known)_____
          First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
(☒ Yes.)  District  Northern District of IL   When  09/28/2011   Case number  11-39511
                                                    MM / DD / YYYY

          District _____  When _____   Case number _____
                                                    MM / DD / YYYY

          District _____  When _____   Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                                              MM / DD / YYYY

        Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                                              MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☒ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 3

Debtor 1  Royce D Young
         First Name  Middle Name  Last Name

Case number (if known)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any _____

Number    Street _____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City _____ State ___ ZIP Code _____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No

☐ Yes. What is the hazard? _____

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

If immediate attention is needed, why is it needed? _____

Where is the property? _____
                       Number   Street

City _____ State ___ ZIP Code _____

Debtor 1 __Royce D Young_____   Case number (if known)_____
           First Name   Middle Name   Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Royce D Young_____    Case number *(if known)*_____
         First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts.
    _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  
☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  
☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  
☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  
☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ *[signature]* _____    ✗ N/A _____
Signature of Debtor 1                                Signature of Debtor 2

Executed on __03/13/2017__                           Executed on _____
           MM / DD / YYYY                                       MM / DD / YYYY

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 6

Debtor 1  **Royce D Young**                                      Case number *(if known)* _____
          First Name   Middle Name   Last Name

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ /s/ Royce Young                                    ✗ N/A
    Signature of Debtor 1                               Signature of Debtor 2

Date  03/13/2017                                     Date  _____
      MM / DD / YYYY                                       MM / DD / YYYY

Contact phone  (708) 495-6955                        Contact phone  _____

Cell phone  (708) 495-6955                           Cell phone  _____

Email address  royce34@gmail.com                     Email address  _____

Official Form 101         Voluntary Petition for Individuals Filing for Bankruptcy         page 8

Adventist LaGrange Memorial

5101 S Willow Springs Rd

LaGrange IL 60525


Allianceone Inc

6565 Kimball Dr

Gig Harbor WA 98335


American Collections

919 Estes Ct

Schaumburg IL 60193


Arnold Scott Harris PC

111 West Jackson Ste 600

Chicago IL 60604


Asset Acceptance LLC

P O Box 2036

Warren MI 48090


Baron Creditor's Service Corp

155 Revere Drive Ste 9

Northbrook IL 60062

Blue Cross Blue Sheild of IL

300 East Randolph

Chicago IL 60601


Bud's Ambulance

1234 East Sibley Blvd

Dolton IL 60419


Chase Receivables

1247 Broadway

Sonoma CA 95476


ChexSystems

7805 Hudson Rd Ste 100

Woodbury MN 55125


Chiles Harry Ray Jr/

David Baca

1737 S Naperville #207

Wheaton IL 60189


Circle Park Apartments

1111 South Ashland Ave

Chicago IL 60607

Case 17-07666   Doc 1   Filed 03/13/17   Entered 03/13/17 09:25:39   Desc Main
            Document      Page 10 of 20

City of Chicago/ Department of Revenue

121 N LaSalle St Room 107A

Chicago IL 60602


City of Chicago Emergency Medical Service

33589 Treasury Center

Chicago IL 60694


CMI

4200 International Pkwy

Carrollton TX 75007


Coastal Credit LLC

10333 N Meridian Ste 400

Indianapolis IN 46290


Coastal Credit Corp

3852 Virginia Beach Blvd

Virginia Beach VA 23452


Comcast Central Warehouse

P O Box 3002

Southeastern PA 19398

Convergent Outsourcing

P O Box 9004

Renton WA 98057


Credit Acceptance Corp

P O Box 5070

Southfield MI 48086


Enhanced Recovery Company

P O Box 57547

Jacksonville FL 32241


Equifax

P O Box 740241

Atlanta GA 30374


Experian

P O Box 2002

Allen TX 75013


Family Dental Care of Calumet City

313 East River Oaks Dr

Calumet City IL 60409

First Choice Financial and XRIMZ

805 Davisville Rd Ste 100

Southampton PA 18966


First Premier Bank

3820 N Louise Ave

Sioux Falls SD 57107


First Premier Bank

P O Box 5519

Sioux Falls SD 57117


First Premier Bank

601 S Minnesota Ave

Sioux Falls SD 57104


Global Vacation Network

5320 College Blvd

Overland Park KS 66211


Guaranty Bank

4000 West Brown Deer Rd

Milwaukee WI 53209

Harris & Harris LTD

111 W Jackson Blvd Ste 400

Chicago IL 60604


Honor Finance Corp

909 Davis St Ste 260

Evanston IL 60201


Honor Finance Corp

1731 Central St

Evanston IL 60201


IL Collection Service/ ICS

8231 185th St Ste 100

Tinley Park IL 60487


IL Dept of Healthcare and Family Services

P O Box 19405

Springfield IL 62794


Imagine Mastercard

5 Concourse Pkwy Ste 400

Atlanta GA 30328

Iowa Child Support

P O Box 9125

Des Moines IA 50306


Iowa Child Support

22 N Georgia Ave #13

Mason City IA 50401


IRS Insolvency Section

P O Box 7346

Philadelphia PA 19101


IL State Tollway

2700 Ogden Ave

Downers Grove IL 60515


JC Penney Consumer

500 Briarwood Circle Briarwood Shopping Ct

Ann Arbor MI 48108


JC Penney Consumer

P O Box 965009

Orlando FL 32896

Jefferson Capital System

16 McLeland Rd

Saint Cloud MN 56303


Jutla Sanjay

11 East Adams Ste 906

Chicago IL 60603


Keisha Chapman

904 Court St

Charles City IA 50606


Levy Jay K

P O Box 1181

Evanston IL 60201


Merchants Credit

223 W Jackson Blvd Ste 900

Chicago IL 60606


Metropolitan Auto Lending

103 E 147th St

Harvey IL 60426

MOHELA

633 Spirit Drive

Chesterfield MO 63005


Nationwide Credit & Co

815 Commerce Drive Ste 100

Oak Brook IL 60523


NCO Financial Systems formerly

Great Lakes Collection Bureau Inc

507 Prudential Rd

Horsham PA 19044


Oltman Gregory

77 W Washington Ste 520

Chicago IL 60602


PAM/ Professional Account Mgmt LLC

P O Box 698

Milwaukee WI 53201


Penn Credit Corp

916 S 14th St

Harrisburg PA 17104

Peoples Energy

200 East Randolph

Chicago IL 60601


Pierson Medical Group LTD

1477 Ring Road

Calumet City IL 60409


Professional Acct. Mgmt.

633 W Wisconsin Ave

Milwaukee WI 53203


Recovery Management Systems Corp

25 S. E. 2nd Ave Ste 1120

Miami FL 33131


Richard J Daley Center

50 West Washington Room 1001

Chicago IL 60602


RMI/ MCSI

3348 Ridge Road

Lansing IL 60438

Robert J Semrad & Assoc. LLC

20 S Clark St 28th Floor

Chicago IL 60603


Salem City District

2 E Calhoun St

Salem VA 24153


Santander Consumer USA

P O Box 961245

Ft Worth TX 76161


South Shore Hospital

8012 S Crandon Ave

Chicago IL 60617


State Collection Service

2509 S Stoughton Rd

Madison WI 53716


State Farm Mutual Insurance/ Wayne Hosea

1 State Farm Plz

Bloomington IL 61710

TCF Bank

8690 East Point Douglas Rd S

Cottage Grove MN 55016


The Payday Loan Store of IL Inc

947 East Sibley Blvd #B

Dolton IL 60419


T-Mobile

12920 SE 38th St

Bellevue WA 98006


TransUnion

P O Box 1000

Chester PA 19022


Triad Financial/ Cosigners

13901 Sutton Park Drive South Ste 300

Jackson FL 32224


University of Illinois/ MSP

506 S Matthews Ave

Urbana IL 61801

Value Auto Mart

2734 N Cicero Ave

Chicago IL 60639

Village of Justice

7800 S Archer Road

Justice IL 60458

Village of South Holland

16226 Wausau Ave

South Holland IL 60473

Sprint Headquarters
6700 Sprint Pkwy
Overland Park, KS 66251

IL Employment Security Department
33 S. State RM 1029
Chicago, IL 60603

IDES
1515 E 71st Street
Chicago IL 60619

IDES
1300 S. 9th Street
Springfield, IL 62703

IDES
PO Box 19509
Springfield, IL 62703